IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01477-BNB

EDMOND J. BEARDEN,

    Plaintiff,

v.

EL PASO COUNTY SHERIFF'S OFFICE, and
CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 12 2007

GREGORY C. LANGHAM
                    CLERK

## ORDER OF DISMISSAL

Plaintiff, Edmond J. Bearden, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Sterling, Colorado, correctional facility. Mr. Bearden initiated this action by filing *pro se* a civil rights complaint for money damages pursuant to 42 U.S.C. § 1983 (2006) and 28 U.S.C. § 1343(a)(3) (1993). He has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2006).

On July 31, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Bearden to file within thirty days an amended complaint that sues the proper Defendants, that alleges each Defendant's personal participation in the asserted constitutional violations, and that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Magistrate Judge Boland warned Mr. Bearden that if he failed to comply with the July 31 order within the time allowed, the complaint and the action would be dismissed without further notice. Mr. Bearden has failed within the time allowed to

comply with the July 31 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to comply with the July 31, 2007 order for an amended complaint and for failure to prosecute.

DATED at Denver, Colorado, this 12 day of Sept., 2007.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01477-BNB

Edmond J. Bearden
Prisoner No. 132654
Skyline Corr. Center
PO Box 800
Cañon City, CO 81215- 0800

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9-12-07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk